UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANDREA L. SLEZAK,
f/k/a Andrea L. Schaefer,

       Plaintiff,

                                        Case No. 13-cv-12592
v.                                            Honorable Thomas L. Ludington
                                            Magistrate Judge Charles Binder

NATIONSTAR MORTGAGE, LLC, and
FEDERAL HOME LOAN MORTGAGE
CORPORATION,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants Nationstar Mortgage and Federal Home Loan Mortgage filed a motion to dismiss Count 2 of Plaintiff's complaint. On September 4, 2013, Magistrate Judge Charles E. Binder issued a report recommending the motion be granted. Judge Binder maintained that Plaintiff had not averred any irregularity or defect in the foreclosure proceeding that would provide Plaintiff with standing to pursue Count 2 of the Complaint. Rep. & Rec. 8, ECF No. 13. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 13, is **ADOPTED**.

It is further **ORDERED** that Defendants' motion to dismiss, ECF No. 8, is **GRANTED** and Count 2 of Plaintiff's Complaint is **DISMISSED**.

Dated: September 24, 2013                                     s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

<div style="border:1px solid;background:#ccc;padding:8px;text-align:center;">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 24, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>